Case 1:19-cv-01853-ELH   Document 13-1   Filed 07/24/19   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETHEL MINISTRIES, INC. | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:19-cv-01853-ELH |
| DR. KAREN B. SALMON, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants motion for extension of time, it is, this 24th day of July 2019, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the Defendants response to the Complaint shall be filed on or before September 3, 2019.

Judge Ellen L. Hollander
United States District Judge