IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETHEL MINISTRIES, INC., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:19-cv-01853-SAG |
| DR. KAREN B. SALMON, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STAY

For the reasons stated in the accompanying memorandum, defendants move under Federal Rule of Civil Procedure 7(b) and Local Rule 105 to stay the case in light of the Supreme Court's February 24, 2020 order granting certiorari in *Fulton v. City of Philadelphia*, 19-123.  A proposed order is attached.

                                                      Respectfully submitted,

                                                      BRIAN E. FROSH
                                                      Attorney General of Maryland

                                                      _____/s/_____
                                                      SARAH W. RICE (NO. 29113)
                                                      ROBERT A. SCOTT (NO. 24613)
                                                      Assistant Attorneys General
                                                      200 Saint Paul Place
                                                      Suite 1700
                                                      Baltimore, Maryland  21202
                                                      srice@oag.state.md.us
                                                      410-576-7847
                                                      410-576-6955 (facsimile)
March 6, 2020                                        Attorneys for State Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 6th day of March, 2020 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Sarah W. Rice
_____
Sarah W. Rice