# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| BETHEL MINISTRIES, INC., | ) |
| *Plaintiff,* | ) ) ) ) ) Case No. 1:19-cv-01853-ELH |
| DR. KAREN B. SALMON, et al. | ) ) ) |
| *Defendants.* | ) ) |

## ORDER

Upon consideration of the joint motion to modify the scheduling order, it is, this _____ day of _____ 2020, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the schedule is modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Discovery deadline; submission of status report | August 14, 2020 | November 13, 2020 |
| Requests for admission | August 21, 2020 | November 20, 2020 |
| Dispositive Pretrial Motions Deadline | October 18, 2020 | January 15, 2021 |

_____
Judge Stephanie A. Gallagher
United States District Judge