# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| BETHEL MINISTRIES, INC., | ) |
| *Plaintiff,* | ) ) ) ) ) Case No. 1:19-cv-01853-SAG |
| DR. KAREN B. SALMON, et al., | ) ) ) |
| *Defendants.* | ) ) |

## ORDER

Upon consideration of the joint motion to modify the scheduling order, it is, this 28th day of January 2021, by the United States District Court for the District of Maryland, ORDER that the motion is GRANTED.  However, due to the age of this case, NO FURTHER EXTENSIONS WILL BE GRANTED.

The schedule is modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Discovery deadline; submission of status report | February 12, 2021 | April 30, 2021 |
| Requests for admission | February 19, 2020 | May 7, 2021 |
| Dispositive Pretrial Motions Deadline | April 16, 2021 | June 25, 2021 |

/s/
_____
Stephanie A. Gallagher
United States District Judge