IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BETHEL MINISTRIES, INC.,      \*

    *Plaintiffs*,      \*

v.

     \*     No. 1:19-cv-01853-SAG

MOHAMMED CHOUDHURY,[1]
*et al.*,      \*

    *Defendants*.      \*

\* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT LIST

**EXHIBIT NO.**

Deposition Testimony of Bethel Ministries, Inc. (Mar. 31, 2021) ................................. 34

Report on the Fiscal 2020 State Operating Budget (HB 100) and the State Capital Budget (HB 101) and Related Recommendations, Joint Chairmen's Report 2019 Session (Mar. 25, 2019) ................................................................................................. 35

Letter to Celebration Christian Academy from BOOST Board Chairman Matthew Gallagher (Mar. 16, 2018) ............................................................................................... 36

Second Declaration of James Klarman with Exhibit A (July 15, 2021) .......................... 37

E-mail to Frederick Adventist Academy from James Klarman (Feb. 20, 2018) ............. 38

---

[1] Effective July 1, 2021, Mr. Mohammed Choudhury succeeded Dr. Karen Salmon as the Maryland State Superintendent of Schools. Under Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party.