# Exhibit 35



# Report on the Fiscal 2020
# State Operating Budget (HB 100)
# And the State Capital Budget (HB 101)
# And Related Recommendations

By the Chairmen of the
Senate Budget and Taxation Committee and
House Appropriations Committee

Joint Chairmen's Report
Annapolis, Maryland
2019 Session



THE MARYLAND GENERAL ASSEMBLY

ANNAPOLIS, MARYLAND 21401-1991

March 25, 2019

The Honorable Thomas V. Mike Miller, Jr.
President of the Senate
State House
Annapolis, Maryland  21401-1991

The Honorable Adrienne A. Jones
Speaker of the House of Delegates
State House
Annapolis, Maryland  21401-1991

Dear President Miller and Speaker Jones:

We are pleased to submit the reports of the Senate Budget and Taxation Committee and House Appropriations Committee dealing with the final actions taken on House Bill 100 and House Bill 101.  House Bill 100 is the State operating budget, making appropriations for support of the State government, for aid to local governments, and for other purposes during the fiscal year ending June 30, 2020, and for deficiency appropriations for the fiscal year ending June 30, 2019.  House Bill 101 is the State capital budget, authorizing general obligation debt for State facilities and for grants to local governments and nonprofit organizations for construction of and improvements to facilities and infrastructure.

These reports incorporate detailed statements of all reductions made to the appropriations and also contain expressions of legislative intent and policy guidelines which are an integral part of the action taken on the budgets.  Explanations of reductions and other action are provided where the rationale may not be obvious.

Sincerely,

Nancy J. King, Chairman
Senate Budget and Taxation Committee

Maggie McIntosh, Chairman
House Appropriations Committee

## R00A03

discriminate in student admissions, retention, or expulsion, or otherwise discriminate against any student on the basis of race, color, national origin, sexual orientation, or gender identity or expression. Violating the provisions makes a school ineligible for participating in the Aid to Non-Public Schools Program. This action also adds language specifying that schools that violate the provisions must return all textbooks and technology received through the fiscal 2020 allocation to the Maryland State Department of Education. It also states that a school that violates the nondiscrimination requirements in fiscal 2019 or 2020 is not eligible to participate in the program in fiscal 2020 and states legislative intent that any school that violates the nondiscrimination requirements is ineligible to participate in any program providing funding to nonpublic schools for a total of three years.

## Committee Narrative

**Aid to Non-Public Schools Assurance:**  It is the intent of the committees that nonpublic schools participating in the Aid to Non-Public Schools program that do not have a school or student policy addressing gender identity and expression should develop such a policy. For those schools, the signature on the assurance form, in order to participate in the program in fiscal 2020, indicates the intent to develop a policy that does not discriminate against students or employees regardless of a person's assigned sex at birth. However, any school that discriminates on the basis of gender identity or expression shall be subject to the penalties and consequences contained in the fiscal 2020 Budget Bill to return to the Maryland State Department of Education all textbooks or computer hardware and software and other electronically delivered learning materials loaned to students under the program acquired through the fiscal 2020 allocation and will be ineligible to participate in the program.

## Budget Amendments

### R00A03.05    Broadening Options and Opportunities for Students Today

Amend the following language to the special fund appropriation:

(a)    ~~participate~~ have participated in Program R00A03.04 Aid to Non-Public Schools Program for textbooks and computer hardware and software administered by MSDE during the 2018-2019 school year;

**Explanation:**  This language specifies that in order to participate in the Broadening Options and Opportunities for Students Today (BOOST) Program during the 2019-2020 school year, a nonpublic school must have already participated in the Aid to Non-Public Schools Program during the 2018-2019 school year. This language eliminates ambiguity for the Maryland State Department of Education, specifying that nonpublic schools are eligible for BOOST for the 2019-2020 school year by participating in the Aid to Non-Public Schools Program in the previous school year.