# Exhibit 38

| | |
|---:|:---|
| **From:** | Jamie Klarman <james.klarman@maryland.gov> |
| **To:** | Beckie Carbaugh |
| **Subject:** | Re: Notice concerning application status for Nonpublic Textbook and Technology program |
| **Date:** | Tue, 20 Feb 2018 14:05:19 -0500 |
| **Attachments:** | Enforcing_Nondiscrimination_and_Reimbursement_Memo_01-04-18_(1).docx |
| **Inline-Images:** | changingMD.png; image.png |

---

Attached is a memo from our legal counsel.  Please see page 2.  The memo speaks to the requirements of BOOST, which is a separate program for nonpublic schools, but the non-discrimination requirements for BOOST are the same as those for the Textbook and Technology program and so the explanation also pertains to the Textbook and Technology program.

Please give me a call with any questions or if you feel we are misreading this statement.

Thanks,
Jamie


From page 15 of your handbook:

**NORTH AMERICAN DIVISION OF EDUCATION LGBT STATEMENT**

Frederick Adventist Academy is a Seventh-day Adventist Christian school. Because of our beliefs, we prohibit students from engaging in any sexual conduct/activity, including same sex relationships. We have chosen to define sexual conduct/activity to include anything that advocates for, promotes or supports the homosexual lifestyle in any forum, including in social media. Sexual conduct/activity also includes any consensual sexual behavior that occurs before marriage, such as sexual intercourse, public displays of affection, intimate contact, homosexuality or behavior that exhibits a same sex relationship, pornography, and actions (for example, spending the night with someone of the opposite sex), that may lead to situations of temptation, regret and immoral conduct.


On Tue, Feb 20, 2018 at 7:34 AM, Beckie Carbaugh wrote:
> Hi Jamie,
>
> Thank you for you letter. Could you please let us know what wording in our handbook specifically discriminates "student
> admissions on the basis of race, color, national origin, or sexual orientation,"?
>
> Beckie Carbaugh
>
>
> On Wed, Feb 14, 2018 at 2:42 PM, Jamie Klarman <james.klarman@maryland.gov> wrote:
>> Please see attached letter.
>>
>> --
>> Jamie Klarman
>>
>> Nonpublic Schools Program Coordinator
>>
>> Maryland State Dept. of Education
>>
>> Division of Business Services
>>
>> 200 W. Baltimore Street



Baltimore, Maryland 21201

james.klarman@maryland.gov
410-767-0141 (office)

Click here to complete a three question customer experience survey

--

*Childhood should be a journey...not a race.*
  *- Robert L. Johnson*

--



Jamie Klarman

Nonpublic Schools Program Coordinator

Maryland State Dept. of Education

Division of Business Services

200 W. Baltimore Street

Baltimore, Maryland 21201

james.klarman@maryland.gov
410-767-0141 (office)

Click here to complete a three question customer experience survey

BETHEL DEFENDANTS1038.002