# EXHIBIT 67

# INTRODUCTION TO THE TOME SCHOOL

The Tome School is an independent, coeducational college preparatory school founded in 1889 by Port Deposit philanthropist Jacob Tome.  The school's curriculum provides a broad liberal arts education for students from kindergarten through twelfth grade in an environment emphasizing academic success, high standards of personal behavior, and full participation in school life.  For a student to be successful at Tome, parents must hold similar expectations and standards.

Tuition is significantly lower at Tome than at other independent schools, partly because of substantial funding from The Jacob Tome Institute and partly because of parental assistance. Efforts by Tome families have held tuition increases to a minimum.

This guidebook, which is updated and published each year, provides an overview of the school's expectations in academics and personal conduct for both new and returning parents and students and includes a copy of **The Student Handbook**.  Also included is information regarding the various activities and annual events held at Tome.  Please review the guidelines carefully with your children and keep them handy as a reference.

# INFORMATION FOR PARENTS

The school address is 581 S. Maryland Avenue, North East, Maryland  21901.
The telephone number is (410) 287-2050.  Our fax number is (410) 287-8999.
Tome's College Board school code: **210835**.
Our website is www.tomeschool.org . The Friday Flyer is posted here weekly as well as other news items pertaining to the school.  Some school forms are available at our website for download.
E-mail may be sent to the school at info@tomeschool.org.  E-mail may be sent to Mrs. Szymanski at c.szymanski@tomeschool.org. Email may be sent to Mr. Rand in the Business Office at rich.rand@tomeschoo.org.  All faculty members also have email accounts that can be accessed through our webpage.
Our school management software system is PCR Educator. Parents have access to student grades and reports.

## ADMISSION AND RETENTION
The school ordinarily enrolls new students only at the beginning of the academic year in August.  After re-enrollment of current Tome students in March and April, successful applicants receive an offer of admission to classes where vacancies exist.  Because class size is limited, application should be made a year in advance of desired entry.

The curriculum at The Tome School is tailored for students of above average ability. Faculty members at Tome endeavor to ensure that students realize their potential; however, Tome does not have the resources to help children whose scores indicate low aptitude or poor skills, who are disinterested in school success, or who have behavioral problems. The school requires that both students and parents put effort into school work.  The school will place students in the grade level or subjects judged to be most appropriate.

The first step in the admissions procedure at Tome is completing and submitting the application and application fee.  Families are encouraged to meet with the Head of School or other designated faculty member to learn more about the school and its expectations.  Port Deposit residents, Cecil County residents, children of alumni, and siblings of continuing students receive priority consideration, though all applicants must meet admission requirements and be well prepared for the grade they seek to enter.  A student who does not accept a place when offered or who leaves the school forfeits any priority in admission.  Students are admitted for one year at a time.
Students applying for kindergarten must be evaluated during the spring preceding the start of kindergarten. For grades one through four, classroom teachers interview and test prospective students.

Students seeking admission to grades five through twelve must sit for tests in reading comprehension, mathematics and language mechanics.  The median Tome scores for ability and achievement are in approximately the eightieth percentile; the prospective student must achieve results compatible with those of his peers at Tome.

1

who cheat in their school work may receive a zero for that test or assignment and the teacher should inform parents.  In some cases, more serious measures will be taken.  **All work should be the student's and not that of a classmate, parent, tutor, or any other person.**  Refer to the Plagiarism Policy in Appendix A. of the Student Section.  Any form of dishonorable behavior, academic or social, is contrary to Tome School policy and expectations.  Upper School students who violate the Honor Code will be referred to the Upper School Honor Council (see: Honor Council, above)

## LUNCH
Students eat lunch in the school lunchroom.  Microwave ovens are available for use by students in Grades 5 through 12.

Students are not permitted to carry open containers of soda, juice or milk, coffee, etc. into the classroom area.  Students who need to carry water bottles during the school day may do so only with a doctor's note. Students are not allowed to drink soda or other beverages while waiting in carline.

Students may purchase a milk card from the office.  For $7.00 the student gets milk or juice twenty times. There is a snack machine and sports/water drink machine available for use by students in Grades 5 – 12 during lunch periods.  Students are not allowed to purchase sodas (only no-calorie soda is available) until after 3:15 pm.

Lunch Ladies – This program began in 2014-2015 and was a resounding success. Parents may purchase wholesome and affordable lunches online. Portal is accessible through the Tome School website. Lunches are available Mondays through Thursdays and must be ordered by Thursday of the prior week.

## NOTICE OF NONDISCRIMINATION
The Tome School admits students of any race, color, religion, and national and ethnic origin, and does not discriminate against students of any race, color, religion and national and ethnic origin in its educational policies or financial aid administration.

## OFFICE
The school office opens at 7:30 a.m. and closes at 4:00 p.m. during the school year and is closed during holiday vacation periods.  During summer vacation, the school office generally is
open from 8:00 a.m. until 1:00 p.m. Monday through Thursday.  Because we have a very small staff, please return all forms and requested information on time.

## PARENT ORGANIZATIONS
### Tome School Parent Organization (TSPO)
All parents of Tome students are members of TSPO, organized to coordinate fund-raisers as well as student and family social events.  Examples of these are cultural events and performances including Spirit Week, school theater productions, the Variety Show, Family Bingo, Tome Open House, Grandparents' Day, Santa's Secret Shop, book fairs, the charity auction, Race for Education and other family events.  All parents are encouraged to become a part of the school's life.  (See "Events & Activities" and "Fund-raisers.")
The TSPO meets in the Multi-Purpose room each month at 7:00 p.m. or at 1:45 PM on a day to be determined.  All meetings are open to all parents. TSPO alternates meetings between evening and afternoons with the first meeting held in the evening in September of the new school year.  Participation counts as volunteer service.

### Tome Sports Boosters
Working with the Athletic Director, the Boosters support Tome's teams through fundraising efforts such as fundraising dinners (Crab Fest), donation solicitations, an annual golf tournament, and refreshment sales. They help with the yearly Sports Awards Ceremonies, the Tome Invitationals and new uniform acquisition. Participation counts as volunteer service.

## PARENT PORTAL/PCR EDUCATOR
Tome School uses PCR Educator for our online grading system. Starting with the 2014-2015 school year, parents are now able to access the system through the tomeschool.org website.

SCHOOL HANDBOOKS0479.0013



The Tome School "will embrace every grade from kindergarten to and through high school studies" where "young people may obtain proper preparation for the varied and important work of life."

Jacob Tome, Founder
May, 1889

## MISSION

The Tome School invests in the intellectual and personal promise of each student through its challenging, traditional college preparatory curriculum and its commitment to the development of core values of respect, responsibility and honesty.

## PHILOSOPHY

Tome School is a community of students, parents, faculty, and staff who support each other in a commitment to intellectual exploration and lifelong learning. The dedicated faculty and staff challenge students to strive for both personal and academic excellence by teaching them to think independently, to work collaboratively, and to lead confidently. In addition, we provide them with the skills of critical thinking and effective communication essential to success in college and beyond. Through the school's honor code, we foster in every student the courage and accountability that are the foundation of character, conduct, and citizenship. It is our expectation that the education here will inspire our young people to embrace their responsibilities to themselves, Tome School, and the world.

21

SCHOOL HANDBOOKS0479.0021

# The Tome School

### 581 S. Maryland Avenue, North East, MD 21901
### Phone: 410-287-2050; Fax: 410-287-8999
### www.tomeschool.org

A MESSAGE FROM THE HEAD OF SCHOOL

Dear Parents and Students:

This Student Handbook and Planner is provided to assist you in having a successful year at Tome School.  It is a single book in which to keep track of your school assignments and to use as a source of information regarding school policies and regulations.

Tome School, founded in 1889 through the generosity of Jacob Tome, a wealthy industrialist from Port Deposit, first opened its doors in 1894 and has graduated students every year since 1898. The Class of 2014 will be our 117th graduating class.

Tome is a K – 12 school with a long tradition of excellence.  The faculty, staff, administration and Board of Trustees are dedicated to providing a quality college preparatory program to our students.  We have made a commitment to teach our students not only the academic skills they will need to be successful in college and beyond, but also to help them develop into responsible adults.  To do this successfully requires close cooperation between school and home.

This Student Handbook and Planner contains a summary of the Policies and Regulations of the school.  It is divided into sections detailing Student Responsibilities, Academics, Student Activities, Student Recognition, and Rules and Regulations as well as a section for your daily planner.  There are also sections at the end of the school pages that contain the honor code, the dress code, the plagiarism policy, the academic courses of study and the calendar for the school year. This book outlines our expectations of you and it offers you answers to the common questions about Tome policies.   Please read these sections carefully.  It is very important that you have a good understanding of the policies, regulations and procedures of the school.  When you choose to attend Tome, you accept, and agree to abide by, the rules, regulations and code of conduct established by the school.

On behalf of the entire staff of Tome, I welcome you to the 2017-2018 school year and wish you every success.  We are looking forward to a year filled with learning and excitement!

Mrs. Christine Szymanski

# I. Student Responsibilities

## A. Attendance

Students are expected to be in school and in homeroom by 8:00. Students arriving to homeroom after 8:00 a.m. are considered tardy and are to sign in at the office. Students are to wait in the lunchroom until 7:45 a.m. Parents should not leave a child unattended in the rear parking lot at any time.

Students should be in school except for approved absences such as student illness, death in the immediate family, doctor/dentist appointment, religious holiday, court summons, permission from Head of School granted before absence, or a situation considered an emergency by the Head of School.   **If you are absent from school, you may not attend after-school activities**. If you are absent on Friday, you may not participate in a Saturday activity without special permission from the Head of School.  **Athletes** must be in school by 10:00 in order to participate in a scheduled practice, and be in school by 8:10 to play in a game that day.

## B. Dress Code

**Uniforms:** Students are expected to arrive at school in uniform and remain in uniform until they leave school. (See appendix for details).  Shoes must be regular school shoes and properly maintained.  They should be one color and not include other designs.

**Boys' hair** is to be **one natural color**, and neatly and conservatively cut above the eyebrows, collar, and the bottom of the ears.  Boys are to be clean shaven and are not permitted to wear earrings or have visible body piercings.  **Girls' hair** is to be  neatly styled and **no unnaturally-colored** hair. Eyes must be visible.  Girls'

22

SCHOOL HANDBOOKS0479.0022

makeup is to be conservative and age-appropriate (No makeup in Lower School). Girls are not permitted to have visible body piercings other than ears, with no more than two earrings per ear during school. No gauges permitted. Students are not allowed to have visible tattoos. **Modest jewelry is permitted.**

All clothing is to fit properly, be clean and ironed.  Students are to be well-groomed at all times.  Any questionable attire or appearance will be dealt with by the Divisional Coordinator.

*Non-uniform:*  Halter, tank tops, tube tops, or clothing that reveals the abdomen or cleavage are not permitted in school. Sports uniforms may be sleeveless.  Shirts advertising alcoholic beverages, tobacco products, or those with obscene, suggestive, or questionable printing on them are not permitted.  Pants and shorts with any words written across the seat of the pants/shorts are not permitted.  Shorts and skirts must be no shorter than mid-thigh in length.  Clothing must be neat, clean, and without holes. Students need athletic shoes with clean, non-marking soles for gym classes and sports practice. Leggings or yoga pants are not permitted in Middle or Upper School.

Students must follow these same guidelines for non-uniform days, after-school events, sports practices or at any other time the student may be at school and out of uniform.   Violations will be handled in each school by demerits, loss of casual dress privilege or calling home to have proper attire brought to school by the parents, according to divisional policy. Appropriate length shorts are allowed during summer dress code.

*Senior Dress Days:* On Fridays, Seniors may wear **business casual** clothes to school instead of the regular uniform.  This is NOT a "dress-down" day.  Seniors may wear the regular school uniform or follow the dress code for professionals in the business world.  No t-shirts, jeans, sports attire, shorts, beachwear or other inappropriate attire.  **Button-down shirts should be tucked in.**  "Dress-down day cards" may be used for casual dress on Fridays.

## C. Respect for people

- Students are to **stand** when an adult enters the room.
- Students will not use **unacceptable language.**
- Students will not **hit, shove, punch, poke**, or act in any other way which could result in injury and which shows a lack of respect for the other student.
- Students are to be **polite, courteous** and to say "Please," "Thank you," "Excuse me," "I'm sorry," etc.
- Students are to **respond** to requests and instructions from adults the first time they are given.  Failure to comply is considered insubordination.
- Students will not engage in verbal/written **name-calling, slurs, threats, cursing**, **teasing**, and any other behavior, which is disrespectful or harassing in nature. Sexual harassment will **not** be tolerated in any form.
- Students will not remove anything from another student's cubby, desk or backpack without express permission.

The consequences of **disrespectful behavior** may be any of the following: apology, reprimand, detention, suspension, or any other punishment deemed appropriate depending on the age of the child, history of past problems, and severity of the incident, as determined by the Head of School. The school does not endorse corporal punishment.

Students will not engage in inappropriate **public displays of  affection.**  Tome serves students from age five to nineteen, and it is important that older students conduct themselves appropriately at all times.  Actions which might be acceptable in a purely middle or high school atmosphere may not be acceptable at Tome.

## D. Respect for school property

: Students are required to keep hard-bound **books covered.** Student **cubbies** should be neat and organized. Coats, jackets, lunches, gym bags, book bags, backpacks, etc., should be kept in the appropriate place assigned for such items. Students should help keep the halls, classrooms, bathrooms and lunchroom clean by picking up litter and by refraining from marking in any way on desks, walls, tables, etc. **Students are not permitted to chew gum in the school.**

## E. School/Classroom responsibilities

**Students should come to class with necessary materials: books, pens, pencils, paper, planner, homework, etc.** All books including planners are to be kept intact unless directed by a teacher to remove pages. For safety reasons, bookbags/backpacks are not to be taken to class. Bookbags with wheels are permitted in MS & US.

Students should come to class ready to actively participate each day in the following ways:
- ✓ **Ask** questions regarding the material being presented.
- ✓ **Respond** to questions asked by the teacher.

23

SCHOOL HANDBOOKS0479.0023

**UPPER SCHOOL**
Gum is prohibited. The first offense is a lunch detention, the second offense is cleaning desks after school.

In the Upper School, students who violate the uniform dress code or the "casual" or "business-casual" dress code will be expected to correct the problem immediately. Parents may be called to bring appropriate attire to school for the student if necessary. Students may be assigned an in-school suspension if the violation is flagrant. Students may be issued Lunch Detentions for uniform or dress code violations. Three lunch detentions in the Upper school will result in an after-school detention. Three after-school detentions result in a Saturday detention and any lunch detentions after a Saturday detention result in loss of seventh period electives.

## Appendix A: Tome Plagiarism Policy
This applies to all written work, including homework and lab work.

Policy for Definition of Plagiarism: The Middle and Upper School Faculty has adopted the definition of Plagiarism as found on page 680 of *The Little, Brown Handbook,* 9th Edition (the text for Composition 12) which reads as follows: "Plagiarism is the presentation of someone else's ideas or words as your own. Whether deliberate or accidental, plagiarism is a serious offense.
Intentional Plagiarism:   Copying or downloading a phrase, a sentence, or a longer passage from a source and passing it off as your own by omitting quotation marks and a source citation (Additional Clarifying note: Even if a source citation is present, lack of quotation indication, quotation marks, etc., for repeating exact words is still plagiarism).

Summarizing or paraphrasing someone else's ideas without acknowledging your debt in a source citation.

Handing in as your own work a paper you have bought, copied off the Web, had a friend write or accepted/taken from another student.

Handing in as your own work a math problem someone else solved.
Unintentional Plagiarism: Forgetting to place quotation marks around another writer's words.

Carelessly omitting a source citation for a phrase.

Omitting a source citation for another's idea because you are unaware of the need to acknowledge the idea.
Academic Dishonesty: Submitting a paper previously submitted in another class, even if in a previous year. A student may submit a paper only once, unless two teachers have agreed to accept the same paper. Consequence would be a zero (0) on the assignment.

Policy for Consequences of Plagiarism:
For the first offense in an academic year:
- A zero for the assignment. Other grade penalty for younger students or unintentional plagiarism may be more appropriate.
- Notification of the National and Junior Honor Societies if applicable.
- Written parental notification with parent conference recommendation and filing of report with Honor Council
- A first offense and any additional offenses may result in additional action by the Honor Council or the Head of School.

# Appendix B: Honor Code
The Tome School's tradition of academic excellence began with its inception in 1889. Personal integrity is the foundation upon which Tome students learn and grow. This honor code will serve as a reminder to the Tome community and will encourage members to consider these tenets when making choices. Students are expected to follow the honor code both in and out of school. At the beginning of each school year, middle and upper school students will gather to sign a pledge reflecting their promise to uphold these standards. The pledges will be displayed for the year. Members of the National Honor Society will explain the three principles of the honor code:  respect, responsibility, and honesty. Respect:  Tome students will

SCHOOL HANDBOOKS0479.0030

show consideration and thoughtfulness when interacting with teachers, staff members, and fellow students.  Deference will be shown towards adults, and respect will be given to other students.  The school building as well as its contents (desks, hallways, bulletin boards, etc.) will be treated with care.  Students will respect another's privacy and will respect the rules and code. Responsibility:  Tome students will be held accountable for their actions.  They will follow through with academic responsibilities as well as volunteer commitments. Students in the middle and upper schools are expected to be role models of appropriate behavior for the lower school students.   *Reporting abuses of the Honor Code, in spite of peer pressure, is expected.*  Honesty:  The success of Tome School depends on academic honesty.  Cheating, in any form, will not be tolerated.  Those students who cheat are being unfair to the teacher, classmates, and themselves. Cheating can take the form of sharing homework, copying from another student's test, sharing information about a test, and plagiarism (using someone else's work without the proper citation).  Violations of the honor code will not be tolerated.  Disciplinary actions will vary and will be determined by the Head of School with the advice of the Honor Council.  Expulsion may be the result.

**Tome School Honor Code Pledge**: We, the members of the Tome School community, pledge to act with respect, responsibility, and honesty in everything we do.  We promise to uphold the tradition of integrity and honor that is the core value of Tome School.

# Appendix C: Tome Dress Code for 2017-2018
**BOYS:**
**LOWER SCHOOL  (K-4):**
- Gray **slacks** (Twill);
- light blue oxford cloth **shirt** (button down collar, l/s or s/s);
- solid navy blue **tie** (no tie required for kindergarten);
- navy blue or black **socks**;
- navy blue **blazer** with Tome emblem (required for Gr 2 – 4) (emblem is available for purchase in the school office); navy blue, v-neck, long sleeve **sweater**, with "Tome" stitched on left side (required for K); Grade 1 boys have choice of sweater or blazer;
- navy blue, black or brown **belt**;
- regular school **shoes**, black, brown or navy in color (no sneakers, boots or sandals)

**MIDDLE SCHOOL (Gr 5 – 8)**
Same as Lower School, however boys in Grades 5 – 8 may wear white, black or navy socks and slacks may be twill or flannel but must be gray in color

**UPPER SCHOOL (Gr 9 –12)**
- khaki-colored dress **slacks**
- white, light or dark blue dress **Shirts** (l/s or s/s); Senior option: yellow dress shirt
- traditional, conservative tie (no inappropriate novelty ties)
- white, khaki, navy or black **socks**
- navy blue **blazer** with Tome emblem (emblem is available for purchase in the school office);
- navy blue, black or brown **belt**;
- regular school **shoes**, black, brown or navy in color (no sneakers, boots or sandals)

*Boys' Shoes are to be regular school shoes* – no sneakers, boots, athletic shoes, indoor/outdoor slippers, moccasins or sandals for any student.
**Socks** must be visible above the shoe.  **No "lo-cut"** socks.  Quarter, ankle and knee socks are allowed.
**Summer uniform changes**: August/September and after Spring Break

| **Boys** | No Blazers |
| --- | --- |
| K - 6 | Gray uniform shorts, knee length, with navy blue socks |

**Hair** should be conservatively cut (no shaved heads), should not hang below collar, ears, or eyebrows, and should be **one natural color**.

**GIRLS:**
**LOWER SCHOOL AND MIDDLE SCHOOL THROUGH GRADE 7**
- Navy/green plaid Tome uniform  **Jumpers**
- light blue, rounded collar, l/s or s/s cotton or poly-blend (not knit) **blouse** in **Grades K – 4**; light blue Oxford cloth, button down collar **shirt**, l/s or s/s in **Grades 5 – 7**
- navy blue cardigan **sweater** with "Tome"  stitched on left side (optional for all) **OR** navy blue **blazer** (optional for Grades 5 – 7) with Tome emblem
- white or navy **socks** or opaque **tights** (Black, navy blue, hunter Green or white)
- regular school **shoes**, black, brown or navy in color (no sneakers, boots or sandals), no bright multi-colored shoes.

SCHOOL HANDBOOKS0479.0031

**GRADE 8 MIDDLE SCHOOL**
- Navy/green plaid Tome uniform **Skirt is an option for Grade 8 girls;** the rest of the uniform is the same as above with option of V-neck or cardigan **sweater**

.
**UPPER SCHOOL (Gr 9-12)**
- Navy/green plaid Tome Uniform **Skirt**
- light blue **OR** white Oxford cloth, button down-collar **Shirt**, l/s or s/s; Senior option: yellow oxford cloth, button down collar shirt;
- navy blue V-neck (with "Tome" stitched on left side) **sweater** (optional) **OR** navy blue **Blazer** (optional) with Tome emblem
- white or navy **socks** (quarter, ankle or knee), or opaque **tights** (Navy Blue, Hunter Green, Black, or White *only for tights*)
- regular school **shoes**, black, brown or navy in color (no sneakers, boots, sandals, moccasins)

*Girls' Shoes are to be regular school shoes* – no sneakers, boots, athletic shoes, indoor/outdoor slippers, moccasins or sandals for any student.  No clogs or shoes with heels over 1 inch in Lower School. No platform shoes.  No multicolored shoes.  **Socks** must be visible above the shoe.  **No "lo-cut" socks**.  Quarter, ankle and knee socks are allowed.

**Summer uniform changes**: no change for girls

**Hair** should be conservatively cut and **one natural color.  Jewelry** and **makeup** should be age-appropriate and conservative.  No make-up in the lower grades.  No more than 2 earrings per ear.

# Appendix D: Academic Courses of Study by Grade (2017-2018)

| | |
|---|---|
| Kindergarten: | formal reading attack skills using the phonics method |
| Grades 1 – 4: | reading, spelling, math, writing, science, social studies, physical education, art, computers, library, French and Spanish, music |
| Grade 5: | grammar, composition, literature, Latin, math, science, American History I, physical education, art, music, computers |
| Grade 6: | grammar, composition, literature, Latin, math, general science, geography, physical education, art, computers, study skills |
| Grade 7: | grammar/Latin, composition, literature, pre-algebra or intro to algebra, life science, world history, physical education, art, computers, study skills |
| Grade 8: | grammar/Latin, composition, literature, intro to algebra or Algebra I, Introductory Physical Science, American History II, physical education, art, computers, study skills |
| Grade 9: | Composition 9, Ancient Literature, Algebra 1 or Geometry, French 1, Spanish 1 or Latin 1, Ancient History, Biology, physical education |
| Grade 10: | Composition 10, American Literature, Geometry or Algebra 2, French 2 or Spanish 2, Latin 2,  Environmental Science or Chemistry, World History |
| Grade 11: | Composition 11, British Literature, Algebra 2 or Pre-calculus, French 3, Latin 3 or Spanish 3, Chemistry or Physics, US History |
| Grade 12: | Composition 12, World Literature, Precalculus or Calculus, Statistics, French 4, Spanish 4, French 1, Spanish 1 or Latin 1, Physics,  Government/Economics, Adv. Biology, Environmental Science. |

**(Note:** This is the general program of instruction.  Scheduling, student performance and late admission to Tome may dictate exceptions.)

SCHOOL HANDBOOKS0479.0032

# BROADFORDING CHRISTIAN ACADEMY



# <u>STUDENT-FAMILY HANDBOOK</u>

**2017-2018**

1

BETHEL DEFENDANTS1024.001

**BCA PARENT/STUDENT HANDBOOK**

**Broadfording Christian Academy** wants to serve the Lord and its school community. Please contact our offices for information if you need help in any way.

## CONTACT INFORMATION

School Address: 13535 Broadfording Church Rd. Hagerstown, MD 21740
Phone Number: 301-797-8886
Fax Number: 301-797-3155

Web Address: http://www.broadfording.com

| | |
|---|---|
| Mr. R. William Wyand | Superintendent/Administrator |
| Mrs. Christy Spicer | HOPE Program Director |
| Mrs. Sal Dobbs | Honors Program Coordinator |
| Mrs. Celia Torres | Home School Coordinator |
| Miss Jessica Fields | International Program Coordinator |
| Mr. Scott Cox | Director of Advancement |
| Mrs. Elizabeth Luhn | College and Career Guidance |
| Mr. Seth Crider | Information Technology/Media/Facilities |
| Mrs. Denise Burkett | School Administrative Assistant |
| Mrs. Lisa Haldeman | School Secretary |
| Mrs. Patty Crutchfield | Registrar, Finance |

---

**MISSION AND VISION**

The **mission** of Broadfording Christian Academy: Developing Global Leaders; Engaging the Culture; Touching the World.

The **vision** of Broadfording Christian Academy is to provide an educational environment which enables students from around the world to strive for excellence in academics and in their personal relationship with Jesus Christ as they discover God's unique purpose and plan for their lives. Our purpose is to develop students who are **real**; that is, cultivating a **relationship** with Christ, becoming **equipped** for service to others, becoming **active** in using their gifts and talents for Him, and seeking a lifetime of **learning.**

---

## NON-DISCRIMINATION POLICY

Broadfording Christian Academy admits students of any race, color, national and ethnic origin to all the rights, privileges, programs and activities generally accorded or made available to students of the school. It does not discriminate on the basis of race, color, national and ethnic origin in administration of its educational policies, admission policies, tuition assistance programs, athletic and other school administered programs, nor in the hiring of faculty or administrative staff.

## HISTORY

Broadfording Christian Academy, a ministry of the Broadfording Bible Brethren Church, was organized in 1973 as a Christian school that offers high academic and spiritual standards to families in the Tri-state area.

BCA utilizes the modern facilities of the David R. Petre Educational Building and the Broadfording Bible Brethren Church. These facilities are well equipped to meet the needs of your children. The rooms are spacious, well lighted, and comfortable. The campus facilities include a modern gymnasium, locker rooms, science lab, computer lab, art room and music room. The playing fields provide adequate space for all students as we develop a well-balanced program for physical education.

Throughout the curriculum at BCA, Christ is central. All subjects are taught from the point of view of Colossians 2:3, "In whom are hidden all the treasures of wisdom and knowledge."

## ACCREDITATION

Broadfording Christian Academy is accredited by the following organizations:

- Association of Christian Schools International
- Middle States Association of Colleges and Schools

BETHEL DEFENDANTS1024.002

## STATEMENT OF FAITH

We believe that the Bible, both the Old and New Testaments, was verbally inspired of God, and is inerrant and is our only rule in matters of faith and practice.  We believe in creation, not evolution; that man was created by the direct act of God and in the image of God.  We believe that Adam and Eve, in yielding to the temptation of Satan, became fallen creatures.  We believe that all men are born in sin.  We believe in the Incarnation, the Virgin Birth, and the Deity of our Lord and Savior, Jesus Christ.  We believe in the vicarious and substitutional Atonement for the sins of mankind by the shedding of His blood on the cross.  We believe in the resurrection of His body from the tomb, His ascension to Heaven, and that He is now our Advocate.  We believe that He is personally coming again.  We believe in His power to save men from sin.  We believe in the necessity of the New Birth, and that this New Birth is through the regeneration of the Holy Spirit.  We believe that salvation is by grace through faith, plus nothing, minus nothing, in the atoning blood of our Lord and Savior Jesus Christ.

We believe that this Statement of Faith is basic for Christian fellowship and that all born-again people who sincerely accept it and are separated from the world of apostasy and sin can, and should, live together in peace, and that it is their Christian duty to promote harmony among the Believers.

By sending your children to Broadfording Christian Academy, you are agreeing to have your children taught in a manner that reflects this Statement of Faith.

## CORE VALUES FOR THE BCA FAMILY

A Heart To…

1. Value the Soul
2. Affirm God's Word
3. Embrace a Biblical Worldview
4. Invest in One Another
5. Pursue Excellence
6. Impact the World
7. Abide in Christ

## TRADITIONS

School Colors and Mascot - The BCA school colors are royal blue and gold. The school mascot is the lion.
School Verse – Proverbs 28:1 –  *" The wicked man flees though no one pursues, but the righteous are as bold as a lion."*

## WHAT IS A CHRISTIAN EDUCATION?

A Christian education is much more than just a high quality academic program taught by Christian teachers. True Christian education attempts to show God's place in every subject. For example, in history man is viewed as God's creation whose past actions can only be interpreted as being right or wrong in light of man's greatest history book - the Bible.

BCA is an interdenominational Christian school with a conservative Bible orientation. Teachers pledge to uphold the deity of Christ and the inspiration of the Old and New Testaments; they do not promote minor issues which tend to divide the body of believers.

## FAMILY COMMITMENT

Broadfording  Christian Academy's role is to provide an educational environment that is helpful in molding students to be Christ-like. Periodically, the atmosphere or conduct within a particular home may run counter to the Biblical lifestyle that the school teaches. BCA reserves the right, in such cases to refuse admission of an applicant or to discontinue enrollment of a student.

 For children in grades K4-12, whose families are committed to personal faith in the Lord Jesus Christ and to a Christian world and life view, Broadfording Christian Academy is designed to provide a Christian education based on the authoritative and inerrant Word of God. Therefore, families joining our school fellowship agree to the following:

BETHEL DEFENDANTS1024.003

**If my child is permitted to attend Broadfording Christian Academy, I will acknowledge, support and agree to the following:**

    1. To have my child trained according to the Statement of Faith and Mission of Broadfording Christian Academy.
    2. To abide by the policy and rules stated in the Student-Family Handbook.
    3. The school's right to place my child in the appropriate grade/classes.
    4. The school's right to dismiss students who do not respect the school's spiritual and moral standards and who do not cooperate in the education process.
    5. The school's right to require non-supportive and uncooperative parents to withdraw their children from BCA.
    6. The school's right and responsibility to discipline according to school policy.
    7. My responsibility as a parent for my child's education by supervising homework and keeping in regular contact with my child's teachers.

**In addition, I agree to the following:**

    1. To support the school's activities through attendance and participation.
    2. To support the school through prayer, volunteering and financial gifts.
    3. The financial policy and all of the obligations stated therein.

**I give permission:**

- For my child to participate in scheduled field trips and school activities.
- For photographs of my child(ren) to be posted on the BCA website, Facebook page, or to be used in other BCA advertising. I understand that if I, for any reason, change my mind, I can inform the BCA Administrator, preferably in writing, to ask that the photos be removed from the website or Facebook page.
- To the school authorities to take the following steps in the event that my child becomes ill or is injured while under school supervision:
  - Contact a parent of the student and follow the parent's instruction.
  - If the student's parent cannot be reached the student's physician will be contacted and his/her instructions will be followed!
  - If the student's physician cannot be reached, school personnel (with discretion) will contact a licensed and practicing physician and follow his/her instructions.

If, in the opinion of a licensed and practicing physician, my child needs medical or surgical services, which require my consent before being supplied, and I cannot be reached, I authorize, appoint, and empower the School Administrator or his designee, to furnish on my behalf, such written or oral authorization as may be required. Further, I release the Administrator, or his designees, the School Board, and Broadfording Christian Academy, from any liability that might arise from the giving of such authorization. It is my desire that my child be furnished with medical and/or surgical services as soon as reasonably possible after the need arises.

## PARENT- TEACHER FELLOWSHIP

Parents, teachers and staff are members of the Parent Teacher Fellowship (PTF). This organization is responsible for promoting good communication between the home and school and for encouraging support for the fulfilling of the school's mission. A significant strength of our school is that parent volunteers perform many services. We rely on parents to assist our teachers in the classrooms, to assist in the library, offices, health room and maintenance department. We are grateful for all that is accomplished through volunteering parents.

## FACULTY

Faculty are screened and interviewed by the BCA Administration. Each one is hired on his/her testimony of salvation in Christ, his/her love for children, his/her academic preparation including a minimum of a bachelor's degree for core subjects in grades K5 - 12, his/her personal references, professional certification and his/her commitment to the goals, purposes, philosophy, standards and mission of BCA.

BETHEL DEFENDANTS1024.004

## CLASS SIZE

There are general capacity limits for class sizes in all grade levels, which include the following:

| Grade Level | Class Size |
|---|---|
| K3 | 9-10 |
| K4 | 13-15 |
| K5 | 16-18 |
| 1st | 21-23 |
| 2nd to 6th | 22-24 |
| 7th to 12th | 24-32 |

## ADMISSIONS

Students will be admitted to Broadfording Christian Academy based on the following criteria:

-Desire to attend Broadfording Christian Academy
-Past school record
-Academic & Citizenship Record
-Personal References
-Desire to Excel in Academics and Self-Discipline
-Moral Character
-Interest in Christian Standards and the Gospel of Jesus Christ
-Respect for Authority

### Registration Procedure

Parents wishing to enroll their children in Broadfording Christian Academy should follow the procedure listed below.

1. Request and receive an information packet.
2. Set interview date: Interview will be set up at the convenience of both the home and the school. Parents and student(s) should be present at this interview. Following this interview, an acceptance decision will be made. (Note: Students in grades 8-12 must complete a pre-interview packet, available online or in the office).
3. Complete the application form and schedule a registration appointment. For this appointment you will need the student's birth certificate, social security number along with registration fees.
4. Set summer testing date (if needed) or provide requested transcripts, report cards, and testing records.
5. Fill out and return all other needed forms to the school office.
6. There will be a 2-3 day waiting period before a student can be enrolled during the school year. This will allow testing and evaluation to take place prior to admission.

### Immunization

The Maryland Immunization laws require that specific immunizations have been received by each student attending school in the State of Maryland. By law those students who have not met all of the precautionary immunizations must be excluded from attending school until such precautions are fulfilled. Those students not having immunization records on file in the BCA office within 20 days of the start of the school year will not be able to attend school or participate in any school activities until the immunization record is on file.

5

BETHEL DEFENDANTS1024.005

***Home school students attending classes at BCA must sign in and out of the office.  Failure to sign in will result in the student being charged with an absence regardless of his or her actual attendance.**  Students waiting for a class to begin should wait in the office, not out in the building, until the bell rings for class. Part time students failing to sign in or sign out may be assessed a $10 fine for each infraction.

***Students not on athletic rosters will not be permitted to leave school early to attend athletic contests unless signed out and driven specifically by their parent(s).**

## WORK RELEASE: SENIOR EARLY DISMISSAL

Those seniors whose schedules meet graduation requirements but do not require attendance for a full day may receive permission to be dismissed from school early. Leaving school early is a privilege tied to both academic and behavioral performance. Seniors who do not maintain a 2.0 GPA average or who are in danger of failing a class may not be permitted to leave school early until their academic performance improves as determined by the administration.

## EVENING DISMISSAL

- Any student that wishes to walk, ride a bicycle (a privilege for students), or go home with someone not designated on your school authorization pick-up form must bring a note to the office during morning arrival for approval.
- Students remaining after school in extended care must be signed out by a parent (or other person as designated on the authorization pick-up form).

## PRE-APPROVED ABSENCES

Upon receipt of a written request for a pre-approved absence from the parents of a student involved in an educational tour or trip, the student may be excused from school attendance to participate, provided the dean of students approves such absences and further provided that the student will be under the direction and supervision of an adult acceptable to both the Dean of Students and the student, parent or guardian. Parents desiring to have a child excused under these provisions should submit a written request on the Broadfording Christian Academy Pre-Approved Absences Form through the School's Office, asking that the child be excused for the period under consideration. The submission should be timed so that at least ten (10) days will be allowed for an evaluation of the request. In the event of an emergency or unexpected situation, a request for waiver of the time limit would be considered. Students are permitted five (5) educational or family trip days per year.

## MAKE UP WORK DURING ABSENCES

When a student is absent or expects to be absent three (3) or more days, a parent should request the homework assignments by calling the school office at 301-797-8886.  However, it is the responsibility of the student to see his/her teacher to obtain the work and help, if needed, to make up the class work.  Make-up time for homework and or/test(s) will be equal to the number of days of excused absence.  In the case of a family trip, class work may be made up either before the trip or after school hours upon the student's return.  This includes tests, quizzes, homework, or projects, etc.   Classroom work for all pre-arranged absences must be requested at least one week in advance. **The teacher is under no obligation to provide make up work, tests, or quizzes for unexcused absences. Make-up work for absences is the responsibility of the student and his/her parents.**

## APPEAL

Any student and his parents have the right to appeal under any section of this regulation. This first step of appeal is to the dean of students. The second step of appeal is to the superintendent whose decision shall be final. All appeals will be settled in a timely manner.

# STUDENT CONDUCT

## STANDARD OF CONDUCT

BCA seeks to create and maintain a tone of the highest personal and group conduct, which expresses basic principles of life as found in the Bible. Students are expected to show traits of Christian character such as courtesy, honesty, respect, integrity, service, and truth.  Each student is responsible for his/her own behavior. In acting responsibly, the student will observe all of the school's rules and respect the rights of others.

## GUIDELINES

As a matter of conviction and policy, BCA disapproves of habits that debilitate the mind, spirit, and body, or are contrary to federal and state law. These include the use of illegal habit-forming drugs, alcoholic beverages, smoking and sexual immorality. The following habits and actions, which are contrary to Biblical growth and development and impair the group spirit, are not considered acceptable for BCA students:

BETHEL DEFENDANTS1024.012

**ACADEMIC INTEGRITY**

BCA's value of seeking "excellence" encompasses all aspects of growing and learning, including academic integrity. The desire of BCA is to graduate students who are life-long learners with all the academic skills necessary to pursue higher education or enter the workforce. We want our students to be critical and original thinkers who are positive contributors to society. BCA's faculty and administration believe in academic honesty and the principle of an honor code. Students are expected to do their own homework, submit their own thoughts for writing assignments, and take tests without external aids. Students are also expected to deny requests from other students to copy from their work. Violation of this policy may subject a student to appropriate consequences as determined by the school administration in conjunction with the guidelines outlined in this handbook. Such consequences may include detention, academic integrity training, suspension, expulsion, and/or other appropriate consequences.

**LEVELS OF STUDENT MISCONDUCT/VIOLATIONS**

Unacceptable behavior differs in its severity and should receive different disciplinary responses. The examples listed in each level are representative and are not meant to be all-inclusive. Offenses that are not listed will be dealt with at the discretion of Administration consistent with these examples. Please note: Under serious offenses, students may be suspended or expelled, especially in cases of severe rebellion, mistreating or placing others in danger, criminal activity or sexual immorality.

*Level 1:* Minor behavior by a student who disrupts classroom procedures and interferes with the educational process. This level of misconduct can and should be handled by the classroom teacher, but may sometimes require additional action by guidance and/or administrative personnel.

1. Disrespect, defiance, willful disobedience of authority.
2. Acts of rebellion against school norms.
3. Minor disturbances in classrooms/halls.
4. Three (3) unexcused tardies to school and/or class.
5. Failure to satisfy academic requirements.
6. Behavior disruptive to the educational process and/or assemblies, chapel.
7. Cutting class or leaving campus without permission. ***See CLASS CUTS
8. Abusive language. Critical or derogatory remarks. Swearing or sexual talk.
9. Failure to obey school rules.
10. Abuse or willful destruction of school property.
11. Possession of undesirable and/or inappropriate items.
12. Public Display of Affection (PDA)
13. Cheating, lying, or stealing.

   • Cheating is an attempt to improve one's score or to help improve someone else's score through dishonest means.
   • Cheating includes but is not limited to the use of another person's test/quiz/answers either before or during an exam; the use or possession of notes, answers, cheat sheets, electronic devices or other sources not approved by the teacher during the exam; the stealing or receiving of tests/quizzes prior to the exam; the giving or receiving of specific test information to members of another class period or to a student who was absent for the exam; communicating with or requesting information from another student during an exam; looking onto another student's exam for answers, or allowing a student to look at any student's exam for answers; working with another student(s) on assignments when individual work is required; fabricating information to try to earn more time, more credit, or grading leniency on an assignment, project, or exam; missing class in order to avoid turning in an assignment or taking a test; texting, copying or photographing student work or assessments/projects assigned in class and distributing to other students.
   • Lying is bearing false witness in any way, which includes portraying to others that something is their work when it is not.
   • Plagiarism is the offering the words or ideas of another person as one's own writing or work.
   • Plagiarism includes but is not limited to failing to cite quotations and borrowed ideas, failing to enclose borrowed language in quotation marks, failing to put summaries and paraphrases in your own words, copying another person's work in part or full and calling it your own, copying and pasting from the internet without citation, having a parent or another person write an essay or do a project that is then submitted as one's own work.
14. Failure to complete detention time.
15. Mistreatment of others, which includes, but is not limited to sexual harassment, tormenting, being habitually cruel, persistent teasing, making fun of or spreading rumors, mocking, belittling or encouraging exclusion

BETHEL DEFENDANTS1024.016

**General Rules**

1) Students may not purchase items from the cafeteria outside of those times specifically designated by the school administration.
2) Students are expected to stay seated and talk quietly while eating.
3) Students may get up to buy food, throw out trash, sign out, etc.
4) Trash shall be disposed of in trash receptacles.
5) Students should not sit on tables, throw trash across the rooms, or leave during the last five minutes of lunch.
6) Students may not purchase lunch from outside restaurants and have it delivered to school.

**Clean-Up Procedures**

1) The teachers on duty will check the tables and floor during the last five minutes. Students will pick up and throw away any remaining trash at this time.
2) When all tables are clean, the teacher on duty will dismiss students by classes no more than one minute before the bell rings.
3) If students don't clean their tables, they will be kept in the lunchroom after the dismissal time from lunch and required to stay until their area is clean.

**Follow-up Procedures**

1) After warning students about inappropriate behavior, the teacher in charge may issue after school detentions or lunch isolation to students who violate the rules.
2) Problem students will be reported to administration or his/her designee for discipline.

## BCA DRESS CODE (Pre-School – 12th Grade)

### Dress Code Philosophy

Broadfording Christian Academy bases its dress code upon two criteria: Biblical standards of modesty (I Timothy 2:9, Romans12:1) and the desire for a neat, clean and attractive appearance. Students should dress in such a way that would not detract from the success of BCA's mission statement and Core Values.

Self-discipline results in self-respect, which is characterized by modesty and good taste in personal grooming. Students' dress will affect the atmosphere of the school: academic achievement, student attitude, and student and staff behavior. We do not suggest that our specific code of dress is mandated by the Bible. But the Bible does say to students of every generation that their appearance must be modest. Boys should dress in masculine fashion. Girls should dress in feminine fashion. The following standards are intended to promote maximum academic achievement within an optimum learning environment.

At Broadfording Christian Academy, we believe in an environment that promotes the development of character qualities necessary for successful involvement in a non-Christian society.  As such, our dress code reflects genuine concern for the following:

**1.  Modesty**

Individual dress should be appropriate for school, avoiding excesses and the inappropriate display of one's body.  Our desire is to minimize the distractions that certain styles create.

Example: Form fitting clothes, revealing necklines, short skirts, tops that expose the midriff area, see-through materials, and the like are not permitted.

**2.  Safety**

We have found certain clothes or accessories can cause injury.  Also, clothes or accessories worn improperly can cause harm.

Example: Flip-flops or shower shoes can be hazardous while climbing the school's stairway.  Shoes must be tied or fastened.

26

BETHEL DEFENDANTS1024.026

**3.  Hygiene**

A part of a student's education is the science of health and its maintenance.  There are basic principles that promote health, sanitation and the prevention of disease that should be regarded.  Cleanliness is also an important part of the BCA Dress Code. A student is expected to come to school clean and without body odor that would distract from the learning environment.

Example: Students should wear shoes and undergarments and not wear gym clothes, sweat pants and the like in class.

**4.  Appropriateness**

Clothes that are suitable for one purpose may not be suitable for another.  Students are expected to dress neatly.  Our behavior is usually commensurate with our dress.

Example: A distinction between the sexes should be discernable.  Also, outer winter clothing is inappropriate in the classroom.

**5.  Moderation and Balance**

Moderation is the avoidance of excesses and extremes in dress.  It is dress within reasonable limits.  Our goal is learning. Learning takes place best in an environment free from distractions.  If one's hair style or dress style is a distraction, the student will be asked to moderate it.

Example: Certain hair styles may be a distraction in the classroom; also no oversize slacks or pants.

**6.  Biblical Morality**

We want our students to live by the standards we teach in class.

Example: No immoral themes, no satanic symbols, no rock music groups or bands and the like are to be promoted on clothing worn by our students (even on casual dress days).

**7.  Christian Unity**

We want to encourage a Christian love/bond between our students.

Example: No symbols, phrases, portraits, etc. which could imply racial division should be worn or attached to notebooks, jackets, etc.

Note: We cannot anticipate changes in styles that occur during the school year, nor can we list every clothing item that is unacceptable.  BCA reserves the right to make clarifications and changes in dress code policy during the school year that are in accordance with the above philosophy.  The school administration will make the final decision in all matters of dress and personal appearance.  However, the information provided in this section will provide the basic guidelines for the BCA dress code policy.

<strong>Dress Code Policy</strong>

**Distinctions**:  Three specific distinctions are made by the dress code:  *standard dress, casual dress, and semi-formal dress.*

**Standard dress** is a minimal expectation of dress during the academic day (8:15 a.m. to 3:30 p.m.) and in before/after care in all buildings. It is the "normal" dress expectation for all age groups at BCA.

- ▪ *Standard dress:*  Refer to appropriate code by age level.

**Casual dress** is acceptable on designated school days when announced.  **If a student qualifies for the "dress down" or "casual dress" day, the following standards apply:**

27

BETHEL DEFENDANTS1024.027