IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| BETHEL MINISTRIES, INC., | ) |  |
|---|---|---|
|  | ) |  |
| *Plaintiff*, | ) |  |
|  | ) | Case No. 1:19-cv-01853-SAG |
| DR. KAREN B. SALMON, et al., | ) |  |
|  | ) |  |
| *Defendants*. | ) |  |

# ORDER

Upon consideration of the parties' Joint Consent Motion To Defer Deadlines To Obtain Approval of Settlement, the Court hereby grants the motion.

Plaintiff's Petition shall be due April 26, 2022 and Defendants' Response shall be due May 27th, 2022.

Date: _____

                                                         Judge Stephanie A. Gallagher
                                                        United States District Judge