## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

BETHEL MINISTRIES, INC.,     )
                )
                )
         *Plaintiff,*  )
                )   Case No. 1:19-cv-01853-SAG
DR. KAREN B. SALMON, et al.,   )
                )
                )
        *Defendants.*  )
_____)

## ORDER

Upon consideration of the parties' Joint Consent Motion To Defer Deadlines To Obtain Approval of Settlement, the Court hereby grants the motion.

Plaintiff's Petition shall be due June 27, 2022, and Defendants' Response shall be due July 27th, 2022.

Date: _____

_____
Judge Stephanie A. Gallagher
United States District Judge